IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center, a Washington non-profit charitable corporation,<br><br>Plaintiff,<br><br>v.<br><br>Corrections Corporation Of America, a Maryland corporation; et al.,<br><br>Defendants. | NO. CV09-01831-PHX-ROS<br><br>**ORDER** |

The Court having considered the parties' Stipulation to Dismiss (Doc. 36), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **APPROVED** and this matter is dismissed with prejudice, the parties to bear their own fees and costs.

IT IS FURTHER ORDERED the Court will retain jurisdiction of this matter until December 5, 2011 to ensure compliance with the Settlement Agreement.

Dated this 8th day of June, 2010.

_____
Roslyn O. Silver
United States District Judge